# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MELONIE STAHL  
916 WOODLAWN AVENUE   SSN-xxx-xx-5267  
DIXON, IL  61021

Case Number: 05-73579

Case filed on: 7/15/2005  
Plan Confirmed on: 9/2/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $23,400.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 006 | ALLIANCE ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | RRCA ACCOUNTS MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | RRCA ACCOUNTS MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MELONIE STAHL | 0.00 | 0.00 | 996.11 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 996.11 | 0.00 |
| 001 | FORD MOTOR CREDIT CORP | 3,455.00 | 3,455.00 | 3,455.00 | 431.60 |
| 002 | STERLING FEDERAL BANK | 9,264.27 | 9,264.27 | 9,264.27 | 1,343.81 |
| 019 | BONNIE STAHL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 12,719.27 | 12,719.27 | 12,719.27 | 1,775.41 |
| 001 | FORD MOTOR CREDIT CORP | 616.81 | 616.81 | 616.81 | 0.00 |
| 003 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 300.93 | 300.93 | 300.93 | 0.00 |
| 005 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | RRCA ACCOUNTS MANAGEMENT INC | 904.94 | 904.94 | 904.94 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 395.53 | 395.53 | 395.53 | 0.00 |
| 013 | SALLIE MAE EDUCATION FINANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | STERLING ROCK FALLS CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | STERLING ROCK FALLS CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | STUDENT LOAN MKT ASSN | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MATTHEW STAHL | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | RRCA ACCOUNTS MANAGEMENT INC | 462.90 | 462.90 | 462.90 | 0.00 |
| 022 | RRCA ACCOUNTS MANAGEMENT INC | 100.00 | 100.00 | 100.00 | 0.00 |
| 023 | RRCA ACCOUNTS MANAGEMENT INC | 484.20 | 484.20 | 484.20 | 0.00 |
| 024 | RRCA ACCOUNTS MANAGEMENT INC | 230.46 | 230.46 | 230.46 | 0.00 |
| 025 | RRCA ACCOUNTS MANAGEMENT INC | 51.00 | 51.00 | 51.00 | 0.00 |
| 027 | ECAST SETTLEMENT CORPORATION | 291.94 | 291.94 | 291.94 | 0.00 |
|  | Total Unsecured | 3,838.71 | 3,838.71 | 3,838.71 | 0.00 |
|  | Grand Total: | 19,257.98 | 19,257.98 | 20,254.09 | 1,775.41 |

Total Paid Claimant:     $22,029.50  
Trustee Allowance:       $1,370.50  
Percent Paid Unsecured:  100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/25/2008                By  /s/Heather M. Fagan